**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DAVID LAMOTHE, JR.**                                          **CIVIL ACTION**

**VERSUS**                                                      **NO. 20-2831**

**WALMART, INC., ET AL**                                        **SECTION: "I"**


     This Court has been advised that the above-captioned case has settled. U.S.

Magistrate Judge Janis van Meerveld and counsel are thanked for their assistance.

     New Orleans, Louisiana, this 15th day of March, 2021.


_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**