MINUTE ENTRY
VAN MEERVELD
June 9, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID LAMOTHE, JR., | * | CIVIL ACTION |
| *Plaintiff* | * | NO. 20-2831 |
| | * | |
| VERSUS | * | SECTION: "I" (1) |
| | * | |
| WALMART, INC., ET AL., | * | JUDGE LANCE M. AFRICK |
| *Defendants* | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

### STATUS CONFERENCE

A video status conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:   Evette Ungar, Sinnot Martin

The parties discussed the status of settlement.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:15)