UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID LAMOTHE, JR. | § § § § § § § § § | CIVIL ACTION NO.:<br>2:20-cv-02831-LMA-JVM |
| VERSUS | | |
| WALMART INC., WAL-MART LOUISIANA, LLC AND WAL-MART STORES EAST, LP | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

ON MOTION of plaintiff, David Lamothe, Jr., and defendants, Walmart Inc., Wal-Mart Louisiana, LLC and Wal-Mart Stores East, LP, appearing herein through undersigned counsel of record, and on suggesting to the Court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear their own costs.

Respectfully submitted:

| | |
|---|---|
| /s/ Evette E. Ungar | /s/ Roy C. Beard |
| JOEL R. WALTZER (#19268) | ROY C. BEARD (#37174) |
| EVETTE E. UNGAR (#29013) | P. SINNOTT MARTIN (#37218) |
| WALTZER, WIYGUL & GARSIDE, LLC | MCCRANIE, SISTRUNK, ANZELMO, |
| 3201 General DeGaulle Drive, Suite 200 | HARDY, MCDANIEL & WELCH, LLC |
| New Orleans, LA 70114 | 909 Poydras Street, Suite 1000 |
| Telephone:  (504) 340-6300 | New Orleans, LA 70112 |
| Fax:  (504) 340-6330 | Telephone:  (504) 831-0946 |
| Email:  joel@wwglaw.com | Email:  rcb@mcsalaw.com |
| Email:  evette@wwglaw.com | Email:  psm@mcsalaw.com |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |